Philip H. Stillman, Esq. SBN# 152861
STILLMAN & ASSOCIATES
3015 North Bay Road, Suite B
Miami Beach, Florida 33140
Tel. and Fax:  (888) 235-4279
pstillman@stillmanassociates.com

Attorneys for defendant PRESIDENT HOTEL INVESTMENT LLC

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER STROJNIK,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>PRESIDENT HOTEL INVESTMENT LLC, a California limited liability company; and DOES 1-10, inclusive,<br><br>　　　　　　Defendant. | Case No. 8:20-cv-00258-DOC-ADS<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS SECOND AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND (B)(6)**<br><br>Date: June 8, 2020<br>Time: 8:30 a.m.<br>Courtroom: 9D Santa Ana<br><br>Hon. David O. Carter |

**TO PLAINTIFF AND HIS ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT on June 8, 2020, or as soon thereafter as the matter may be heard in Courtroom 9D of the above-entitled court, PRESIDENT HOTEL INVESTMENT LLC. ("Defendant") will and hereby does move the Court for an Order dismissing the Complaint for lack of standing and failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(1) and (b)(6).

This motion is brought on the grounds that Peter Strojnik ("Plaintiff") lacks sufficient Article III standing to bring the claims asserted in the complaint. Additionally, Plaintiff fails to state a claim upon which relief can be granted.

This motion is based on this Notice of Motion and Motion, the Memorandum of Points and Authorities filed herewith, the Declaration of Philip H. Stillman and exhibits thereto, The Request for Judicial Notice, the pleadings and papers on file herein, and upon such other matters as may be presented to the Court at the time of the hearing, if any.

WHEREFORE, defendant PRESIDENT HOTEL INVESTMENT LLC. respectfully requests that this Court dismiss the Complaint with prejudice and without leave to amend.

                                                Respectfully Submitted,

                                                STILLMAN & ASSOCIATES

Dated: May 11, 2020               By:_____
                                              Philip H. Stillman, Esq.
                                            Attorneys for defendant PRESIDENT HOTEL INVESTMENT LLC.

# PROOF OF SERVICE

I, the undersigned, certify under penalty of perjury that on May 11, 2020 or as soon as possible thereafter, copies of the foregoing Motion to Dismiss, Memorandum of Points and Authorities, the Declaration of Philip Stillman, Request for Judicial Notice and Proposed Order was served electronically by the Court's ECF notice to all persons/entities requesting special notice or otherwise entitled to the same and via email to Plaintiff's email address listed with this Court.

By: /s/ *Philip H. Stillman*
Attorneys for PRESIDENT HOTEL INVESTMENT LLC.